IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GAVIN THOMAS and**
**JOHN TEICH**                                                              **PLAINTIFFS**

**V.**                              **CASE NO. 5:18-CV-05082**

**ARKANSAS DIESEL & EQUIPMENT**
**REPAIR, LLC**                                                             **DEFENDANT**

## JUDGMENT

In accordance with the Order issued this date, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs Gavin Thomas and John Teich are entitled to a default judgment and damages against Defendant Arkansas Diesel & Equipment Repair, LLC. Plaintiff Gavin Thomas is awarded a total of **$6,850.00** in damages, and Plaintiff John Teich is awarded a total of **$12,007.50** in damages. Plaintiffs are also awarded their costs in the amount of **$455.00** and a reasonable attorney's fee of **$1,300.00**.

**IT IS SO ORDERED AND ADJUDGED** on this 28th day of August, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 28 2018

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk